**William Kwame DOH, Petitioner,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 05–2314.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2006.

Decided: Aug. 3, 2006.

Randall L. Johnson, Johnson & Associates, P.C., Arlington, Virginia, for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Diane Kelleher, Office of Immigration Litigation, Washington, D.C., for Respondent.

Before WILKINSON and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Kwame Doh, a native and citizen of Ghana, petitions for review of a Board of Immigration Appeals ("Board") order adopting and affirming the immigration judge's decision denying the motion to reopen. We deny the petition for review.

We do not have jurisdiction to review the Board's decision not to sua sponte reopen proceedings. *Ali v. Gonzales*, 448 F.3d 515, 518 (2d Cir.2006). In addition, we find the immigration judge did not abuse his discretion in denying the motion to reopen as untimely. *See* 8 C.F.R. § 1003.23(b)(4)(ii) (2005).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*